

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600    Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

JUSTIN M. HEILIG
Direct: (212) 669-0644
jheilig@hillrivkins.com

January 6, 2026

**Via CM/ECF System**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

> **Re:** **First Request to Adjourn Initial Pretrial Conference**
> *Glam Partners, Inc. v. COSCO Shipping Lines Co., Ltd., et ano.*
> SDNY Case No. 25-cv-8570 (AS)
> ----------------------------------------------------------------------------

Dear Judge Subramanian:

We represent Plaintiff Glam Partners, Inc. in the above-referenced action.

Pursuant to section E of Your Honor's individual rules, we write to respectfully request a 30-day adjournment of the initial pretrial conference currently scheduled for **January 13, 2026 at 4:00 p.m.**, as well as the corresponding deadline for the parties to submit their joint letter and proposed case management plan. This is the first such request. Defendants COSCO Shipping Lines Co., Ltd. and Raminatrans SL L.L.C. both consent to the adjournment.

Defendants recently retained counsel (reading in copy), who have not yet appeared but are in the process of preparing their respective answers to Plaintiff's complaint. Accordingly, we respectfully request a short adjournment as an accommodation so that the parties can confer under Rule 26(f) and formulate a case management plan once defense counsel have appeared and familiarized themselves with this matter.

We thank the Court for its consideration of the foregoing request and stand by ready to answer any questions that the Court may have regarding this matter.

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. Arun Subramanian
January 6, 2026
Page Two

Respectfully submitted,
HILL RIVKINS LLP

Justin M. Heilig

Cc:    Garth S. Wolfson, Esq. (via email: gwolfson@mahoneykeane.com)
       *Counsel for COSCO Shipping Lines Co., Ltd.*

       Matthew Pallay, Esq. (via email: matthew.pallay@kaufmandolowich.com)
       *Counsel for Raminatrans SL L.L.C.*

GRANTED. The remote initial pretrial conference is adjourned to **Tuesday, February 17, 2026.** Same time, same dial-in information.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 18.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: January 7, 2026

