**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GLAM PARTNERS INC.,

<b><u>ORDER</u></b>

              Plaintiff,

<b>25-CV-8570 (AS) (JW)</b>

        -against-

COSCO SHIPPING LINES CO., LTD. et al,

              Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court adjourned the settlement conference previously scheduled for April 20, 2026. The Parties are to confer and email the Court at WillisNYSDChambers@nysd.uscourts.gov by **April 30, 2026** proposing three dates in May or June for the rescheduled remote settlement conference.

SO ORDERED.

DATED:    New York, New York
           April 24, 2026

                                    *Jennifer E. Willis*
                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge